## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MIGUEL A. PEREZ, JOSE A. CENTENO and KEVIN A. CENTENO,**

    **Plaintiffs,**

**v.**             **Case No: 6:23-cv-1222-PGB-EJK**

**PAUL NEWMAN DAZZLING DETAILING, INC. and PAUL NEWMAN,**

    **Defendants.**
_____/

### ORDER

This cause is before the Court on Plaintiffs' Motion for Default Judgment Against All Defendants (Doc. 24 (the "**Motion**")), filed on December 15, 2023. Magistrate Judge Embry J. Kidd has submitted a report recommending that the Motion be granted in part and denied in part. (Doc. 25 (the "**Report and Recommendation**")).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 25), filed June 21, 2024, is

   **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Default Judgment Against All Defendants (Doc. 24) is **GRANTED IN PART** to the extent that default judgment is entered against Paul Newman Dazzling Detail, Inc., and Paul Newman by awarding:

    a. Plaintiff Miguel A. Perez $25,829.25 in actual damages ($1,500.75 in unpaid minimum wages + $12,078.50 in unpaid half time + $12,250.00 in unpaid overtime) and $25,829.25 in liquidated damages, for a total award of $51,658.50;

    b. Plaintiff Jose A. Centeno $5,602.50 in actual damages ($1,000.50 in unpaid minimum wages + $2,262.00 in unpaid half time + $2,340.00 in unpaid overtime) and $5,602.50 in liquidated damages, for a total award of $11,205.00;

    c. Plaintiff Kevin A. Centeno $5,602.50 in actual damages ($1,000.50 in unpaid minimum wages + $2,262.00 in unpaid half time + $2,340.00 in unpaid overtime) and $5,602.50 in liquidated damages, for a total award of $11,205.00; and

    d. $10,000.00 in attorney's fees and $532.00 for costs.

3. Plaintiffs' Motion for Default Judgment Against All Defendants (Doc. 24) is **DENIED** in all other respects.

4. The Clerk of Court is **DIRECTED** to issue a Judgment against **Defendants Paul Newman Dazzling Detail, Inc., and Paul**

**Newman** consistent with the Court's aforementioned ruling, and thereafter, to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 10, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties